UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMARA LEANN PLAYER,

    Defendant/Judgment Debtor,

v.

OLYMPIC BRAKE SUPPLY,

    Garnishee.

Case No. MC18-0086RSL

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Demara Leann Player, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Olympic Brake Supply. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on August 31, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 6th day of September, 2018.

                                     */s/ Robert S. Lasnik*
                                     Robert S. Lasnik
                                     United States District Judge